John Pupek, Appellant, v. Raymond Wesnofski and " Daniel " L. Hicks, First Name " Daniel " Being Fictitious, Real and True Name Unknown to Plaintiff, Respondents.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff as the result of falling into an open excavation on defendant Wesnofski's farm. The court dismissed the complaint on the ground that the plaintiff was guilty of contributory negligence as matter of law. While we believe plaintiff's contributory negligence was a question for the jury, the judgment must be affirmed because the evidence conclusively shows that plaintiff was a mere trespasser or, at most, a bare licensee. Plaintiff failed to establish actionable negligence on the part of defendants. (*Mendelowitz* v. *Neisner*, 258 N. Y. 181.) Judgment unanimously affirmed, with costs. Present — Lazansky, P, J.. Carswell, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Harold Bernstein, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of assault in the third degree and suspending sentence, unanimously affirmed. No opinion. Present — Lazansky, P. J. Hagarty, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Robert E. Owens, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting defendant of violating section 1140 of the Penal Law (exposure of person) and sentencing him to pay a fine of fifty dollars or be committed to the city prison for ten days. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Jack Ponton, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the appellant of the crimes of (1) assault in the third degree and (2) leaving the scene of an accident; suspending sentence upon the assault conviction, and imposing a fine of $100 or, in default of payment thereof, a term of twenty days in the city prison on the other conviction, affirmed. No opinion. Hagarty, Adel and Close, JJ., concur; Lazansky, P. J., and Johnston, J., dissent and vote to reverse the judgments of conviction and to dismiss the informations on the ground that the guilt of the defendant was not established beyond a reasonable doubt.